AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 21-02908MJ |
| Ian Lawrence ANTONE | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ian Lawrence ANTONE   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about August 08, 2016, Ian Lawrence ANTONE was sentenced to the custody of the Attorney General for a term of 60months pursuant to his conviction for Conspiracy to Possess with Intent to Distribute Marijuana in case number CR16-00971-002-TUC-DCB (BGM). According to the Bureau of Prisons, the defendant was to be released from custody on May 28, 2021 via good conduct release. Pursuant to his 60 month commitment to the Bureau of Prisons and by the authority of the Attorney General of the United States, on November 25, 2020, the defendant was designated to serve a portion of his sentence at Dismas Charities, an institutional facility, located in Tucson, in the District of Arizona. On January 30, 2021, during a 2300 hours inmate headcount, ANTONE was not located in his assigned bed. Dismas

Date:   04/06/2021

*Issuing officer's signature*

City and state:   Tucson, AZ.   Leslie A. Bowman, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/07/2021, and the person was arrested on *(date)* 04/06/2021
at *(city and state)* TEMPE, ARIZONA.

Date: 04/07/2021

Subject arrested by TEMPE PD
and initialed on 04/08/2021
in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*